FILED

OCT 11 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LESLIE FELDMAN; et al., <br><br>　　　　Plaintiffs-Appellants, <br><br> BERNIE 2016, INC., <br><br>　　　　Intervenor-Plaintiff-Appellant, <br><br> v. <br><br> ARIZONA SECRETARY OF STATE'S OFFICE; et al., <br><br>　　　　Defendants-Appellees, <br><br> THE ARIZONA REPUBLICAN PARTY, <br><br>　　　　Intervenor-Defendant-Appellee. | No.　16-16698 <br><br> D.C. No. 2:16-cv-01065-DLR <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

Appellants' emergency motion for injunction pending appeal (Docket Entry No. 16) is denied.

The briefing schedule established previously remains in effect.

SFI/MOATT