FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 01 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LESLIE FELDMAN; et al., <br><br> Plaintiffs-Appellants, <br><br> BERNIE 2016, INC., <br><br> Intervenor-Plaintiff-Appellant, <br><br> v. <br><br> ARIZONA SECRETARY OF STATE'S OFFICE; et al., <br><br> Defendants-Appellees, <br><br> THE ARIZONA REPUBLICAN PARTY, <br><br> Intervenor-Defendant-Appellee. | No. 16-16698 <br><br> D.C. No. 2:16-cv-01065-DLR <br> District of Arizona, <br> Phoenix <br><br><br> ORDER |
| LESLIE FELDMAN; et al., <br><br> Plaintiffs-Appellants, <br><br> BERNIE 2016, INC., <br><br> Intervenor-Plaintiff-Appellant, <br><br> v. | No. 16-16865 <br><br> D.C. No. 2:16-cv-01065-DLR <br> District of Arizona, <br> Phoenix |

> ARIZONA SECRETARY OF STATE'S OFFICE; et al.,
>
>     Defendants-Appellees,
>
> THE ARIZONA REPUBLICAN PARTY; et al.,
>
>     Intervenor-Defendants-Appellees.

THOMAS, Chief Circuit Judge:

    These consolidated cases involve interlocutory appeals from the district court's denial of a motion for a preliminary injunction. The district court has now entered a final judgment in the cases. "An interlocutory appeal of the denial of a preliminary injunction is moot when a court can no longer grant any effective relief sought in the injunction request." *Akina v. Hawaii*, 835 F.3d 1003, 1010 (9th Cir. 2016). The parties have agreed that the entry of final judgment in these cases renders the appeals from the preliminary injunction decisions moot.

    Accordingly, we dismiss these appeals as moot. Each party shall bears its own costs. The mandate shall issue forthwith.